UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **KENNETH H. MUNSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:15-cv-78 |
| | ) | Judge Aleta A. Trauger |
| | ) | |
| **ROBERT C. BRYAN, individually and in his official capacity as Sheriff of Wilson County, Tennessee; MICHAEL BARBEE, individually and in his official capacity as an employee of Wilson County, Tennessee; CITY OF LEWISBURG, TENNESSEE; SANTIAGO MCKLEAN, individually and in his official capacity as an employee of the Lewisburg Police Department; JOHN DOE I, individually and in his official capacity as an employee of the Lewisburg Police Department; JOHN DOE II, individually and in his official capacity as an employee of the Bedford County Sheriff's Department; and JOHN DOE III, individually and in his official capacity as an employee of the Wilson County Sheriff's Department;** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment filed by the defendants Sheriff Robert C. Bryan and Detective Michael Barbee (Docket No. 60) and the Motion to Dismiss and for Summary Judgment filed by the defendants City of Lewisburg, Tennessee and Detective Santiago McKlean (Docket No. 63) are hereby **GRANTED**.

This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

1

It is so **ORDERED**.

Enter this 28th day of July 2016.

ALETA A. TRAUGER
United States District Judge